HENDERSON *v.* HENDERSON.

This case came to the Supreme Court by writ of error on exception complaining that the lower court erred in overruling the motion for new trial. On this question the court is evenly divided. Beck, P. J., and Gilbert and Hines, JJ., being of the opinion that the court did not err in overruling the motion, and Russell, C. J., and Atkinson and Hill, JJ., being of the contrary opinion, the judgment stands affirmed by operation of law.

No. 8271. OCTOBER 15, 1931.

*M. B. Eubanks,* for plaintiff in error.
*Porter & Mebane,* contra.